IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

FEB 1 6 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 06-40022 |
| ) | |
| JOSHUA ALLEN MCGUIRE, ) | VIO: 18 U.S.C. §§2, 21 U.S.C. §841(a)(1), |
| KRISTIN ANN KUEHL, and ) | 841(b)(1)(A), and 846. |
| TIMOTHY LEE LORINCZ, ) | |
| ) | |
| Defendants. ) | |

### INDICTMENT

**THE GRAND JURY CHARGES**:

### Count One
(Conspiracy to Manufacture Methamphetamine)

From at least January, 2002, through at least June, 2004, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendants,

**JOSHUA ALLEN MCGUIRE,
KRISTIN ANN KUEHL, and
TIMOTHY LEE LORINCZ,**

did conspire with each other and with other persons to knowingly and intentionally manufacture, distribute, and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

### Count Two
### (Manufacture of Methamphetamine)

From at least January, 2002, through at least June, 2004, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendants,

**JOSHUA ALLEN MCGUIRE,**
**KRISTIN ANN KUEHL, and**
**TIMOTHY LEE LORINCZ,**

did knowingly and intentionally manufacture and attempt to manufacture 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

A TRUE BILL

S/Foreperson

**FOREPERSON**

S/Bradley Murphy for

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**
SLD

2