IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CRIMINAL NO. 06-40022** |
| ) | |
| **TIMOTHY LEE LORINCZ,** ) | |
| ) | |
| **Defendant.** ) | |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Petitioner, the United States of America, by Rodger A. Heaton, United States Attorney, and Sara L. Darrow, Assistant United States Attorney, respectfully submits to this Honorable Court that Timothy Lee Lorincz, number R28383, is now confined in the Dixon Correctional Center, Dixon, Illinois, in the custody of the Warden thereof;

That Timothy Lee Lorincz was named as a defendant in the above-entitled cause and Timothy Lee Lorincz's appearance is necessary in connection with these proceedings on March 10, 2006, at 10:00 a.m., and all subsequent proceedings involved in this cause.

That it is necessary and essential that Timothy Lee Lorincz be transported and maintained in the Central District of Illinois for said proceedings.

That, in the interest of all parties, it is therefore necessary that Timothy Lee Lorincz be transported to the Central District of Illinois and be produced at the Federal Building at 211 19th Street, Rock Island, IL 61201, by the hour of 10:00 a.m. on March 10, 2006, and thereafter maintained in the custody of the United States Marshal, Central District of Illinois, until the conclusion of all proceedings in this cause.

**WHEREFORE**, your Petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be directed to the Warden, Dixon Correctional Center, Dixon, Illinois, and the United States Marshal for the Central District of Illinois, commanding them to transport the said Timothy Lee Lorincz, number R28383, to the Central District of Illinois, and to produce the said Timothy Lee Lorincz, number R28383, in the Federal Building at 211 19th Street, Rock Island, IL 61201, by the hour of 10:00 a.m. on March 10, 2006, and place him in the custody of the United States Marshal, Central District of Illinois, until the conclusion of all proceedings in this cause.

    UNITED STATES OF AMERICA

    RODGER A. HEATON
    UNITED STATES ATTORNEY


    /s/ Sara Darrow
    SARA L. DARROW
    ASSISTANT U.S. ATTORNEY
    1830 2nd Avenue
    Rock Island, IL 61201-8003
    Telephone:  309/793-5884

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT Dixon

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO. 06-40022 |
| | ) |
| TIMOTHY LEE LORINCZ, | ) |
| | ) |
| Defendant. | ) |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:      THE WARDEN, DIXON CORRECTIONAL CENTER, DIXON, ILLINOIS, and THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF ILLINOIS

**G R E E T I N G S:**

We command you, the Warden, Dixon Correctional Center, Dixon, Illinois, and the United States Marshal for the Central District of Illinois, to transport Timothy Lee Lorincz, number R28383, and to produce the said Timothy Lee Lorincz, to the Central District of Illinois, in the Federal Building at 211 19th Street, Rock Island, IL 61201, by the hour of 10:00 a.m. on March 10, 2006, then and there to appear in connection with this cause and to remain in the custody of the United States Marshal, Central District of Illinois, until the conclusion of all proceedings in this cause, and have you then and there this Writ.

WITNESS the Honorable John A. Gorman, United States Magistrate of the said Court, and the seal thereof, at the City of Rock Island, this _____ day of February, 2006.

_____
JOHN M. WATERS, Clerk
United States District Court
Central District of Illinois

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT Dixon

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| v. | ) CRIMINAL NO. 06-40022 |
| **TIMOTHY LEE LORINCZ,** | ) |
| **Defendant.** | ) |

**ORDER**

This matter coming before the court on the Petition of the Government, and it appearing to the court that Timothy Lee Lorincz, number R28383, is presently incarcerated in the Dixon Correctional Center, Dixon, Illinois, and it further appearing that the said Timothy Lee Lorincz, was named as a defendant in the above-entitled cause and Timothy Lee Lorincz's appearance is necessary in connection with these proceedings on March 10, 2006, at 10:00 a.m., and all subsequent proceedings involved in this cause.

**IT IS, THEREFORE, ORDERED** that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden, Dixon Correctional Center, Dixon, Illinois, and the United States Marshal for the Central District of Illinois to produce the said Timothy Lee Lorincz on March 10, 2006, at 10:00 a.m. in the Federal Building at 211 19th Street, Rock Island, IL in connection with this cause and then and there to appear in connection with this cause and to remain in the custody of the United States Marshal, Central District of Illinois, until the conclusion of all proceedings in this cause.

ENTERED: This _____ day of February, 2006.

_____
JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE