E-FILED
Monday, 27 February, 2006  11:00:37 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT Dixon

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 06-40022 |
| | ) | |
| **TIMOTHY LEE LORINCZ,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This matter coming before the court on the Petition of the Government, and it appearing to the court that Timothy Lee Lorincz, number R28383, is presently incarcerated in the Dixon Correctional Center, Dixon, Illinois, and it further appearing that the said Timothy Lee Lorincz, was named as a defendant in the above-entitled cause and Timothy Lee Lorincz's appearance is necessary in connection with these proceedings on March 10, 2006, at 10:00 a.m., and all subsequent proceedings involved in this cause.

**IT IS, THEREFORE, ORDERED** that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden, Dixon Correctional Center, Dixon, Illinois, and the United States Marshal for the Central District of Illinois to produce the said Timothy Lee Lorincz on March 10, 2006, at 10:00 a.m. in the Federal Building at 211 19th Street, Rock Island, IL in connection with this cause and then and there to appear in connection with this cause and to remain in the custody of the United States Marshal, Central District of Illinois, until the conclusion of all proceedings in this cause.

ENTERED: This 27th day of February, 2006.

s/ John A. Gorman
JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE