IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT Dixon

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO. 06-40022 |
| | ) |
| TIMOTHY LEE LORINCZ, | ) |
| | ) |
| Defendant. | ) |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   THE WARDEN, DIXON CORRECTIONAL CENTER, DIXON, ILLINOIS, and THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF ILLINOIS

G R E E T I N G S:

We command you, the Warden, Dixon Correctional Center, Dixon, Illinois, and the United States Marshal for the Central District of Illinois, to transport Timothy Lee Lorincz, number R28383, and to produce the said Timothy Lee Lorincz, to the Central District of Illinois, in the Federal Building at 211 19th Street, Rock Island, IL 61201, by the hour of 10:00 a.m. on March 10, 2006, then and there to appear in connection with this cause and to remain in the custody of the United States Marshal, Central District of Illinois, until the conclusion of all proceedings in this cause, and have you then and there this Writ.

WITNESS the Honorable John A. Gorman, United States Magistrate of the said Court, and the seal thereof, at the City of Rock Island, this  27th  day of February, 2006.

S/John M. Waters/dk
_____
JOHN M. WATERS, Clerk
United States District Court
Central District of Illinois