E-FILED
Friday, 10 March, 2006 11:19:29 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> Plaintiff | ) <br> ) <br> ) <br> ) CASE NO. **06-40022** <br> ) |
| **Timothy Lee Lorincz** <br> Defendant | ) <br> ) <br> ) |

FILED
MAR 1 0 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **3:30 p.m.** on **Thursday, 3/23/06** in person in Rock Island.

This matter is set for Jury Trial at 8:30 A.M. on **Monday, 4/17/06**

at

[ ] Peoria, Illinois

[X] Rock Island, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 10th day of March, 2006

S/Thomas J. Shields
_____
THOMAS J. SHIELDS
U.S. MAGISTRATE JUDGE

06-40022 SO Timothy Lorincz 031006.wpd