E-FILED
Friday, 10 March, 2006  11:23:05 AM
Clerk, U.S. District Court, ILCD

AO 470 (8/85) Order of Temporary Detention

# United States District Court

Central **DISTRICT OF** Illinois

FILED
MAR 10 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Timothy Lorincz
*Defendant*

Case Number:    06-40022

Upon motion of the _U. S. Government_, it is ORDERED that a detention hearing is set for _Monday, 03/13/06_ * at _3:00 p.m._
                                              Date                                Time

before _U.S. Magistrate Judge Thomas J. Shields_
*Name of Judicial Officer*

_211 19th Street, Rock Island, Illinois_
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____
_____ ) and produced for the hearing.
*Other Custodial Official*

Date: _March 10, 2006_

S/Thomas J. Shields
_____
*Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.