E-FILED
Friday, 14 April, 2006  03:30:16 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-40022 |
| ) | |
| **TIMOTHY LEE LORINCZ,** ) | |
| ) | |
| Defendant. ) | |

### UNITED STATES' NOTICE OF INTENT TO RELY UPON
### PRIOR FELONY DRUG CONVICTION FOR SENTENCING ENHANCEMENT

The United States of America, by and through the undersigned Assistant United States Attorney and pursuant to 21 U.S.C. § 851(a)(1), hereby files this notice of intent to rely upon the penalty enhancement contained in 21 U.S.C.§ 841(b)(1)(A) for the sentencing of defendant Timothy Lee Lorincz, and states:

1. On or about November 7, 2002, in Henry County, Illinois, the defendant was convicted of Possession of a Controlled Substance with Intent to Deliver and and was sentenced to 6 years of imprisonment in the Illinois Department of Corrections.

2. Upon conviction in the instant matter, the defendant is subject to a mandatory minimum sentence under 21 U.S.C.§ 841(b)(1)(A) of twenty (20) years of imprisonment to life imprisonment, a fine of up to $8,000,000, and a mandatory period of Supervised Release of ten (10) years to life, all by virtue of his prior felony conviction specified above.

3. This notice is being filed and furnished to the defendant in accordance with 21U.S.C. § 851(a)(1).

        Respectfully submitted,

        UNITED STATES OF AMERICA

        RODGER A. HEATON
        UNITED STATES ATTORNEY

        /s/ Sara Darrow
        Sara Darrow
        Assistant United States Attorney
        Star Cres Building, Suite 320
        1830 Second Avenue
        Rock Island, Illinois 61201-8003
        Telephone: (309)793-5884

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2006, I electronically filed the foregoing **UNITED STATES' NOTICE OF INTENT TO RELY UPON PRIOR FELONY DRUG CONVICTION FOR SENTENCING ENHANCEMENT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Michael J. Galvin.

        /s/ Sara Darrow
        SARA DARROW
        Assistant U.S. Attorney
        1830 2nd Avenue   Suite 320
        Rock Island, IL 61201
        309-793-5884
        FAX: 309-793-5895
        sara.darrow@usdoj.gov