# United States District Court

CENTRAL DISTRICT OF ILLINOIS

**SEALED**

UNITED STATES OF AMERICA

vs.

TIMOTHY LEE LORINCZ,

**WARRANT FOR ARREST**

CASE NO. 06-6403M

FILED
FEB 8 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO: THE UNITED STATES MARSHAL and any
AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest Timothy Lee Lorincz, and bring him
forthwith to the nearest magistrate to answer a complaint, charging:

**CONSPIRACY TO MANUFACTURE METHAMPHETAMINE**

From at least January 2002, through at least June, 2004, in Rock Island County, in the Central District of Illinois, and elsewhere, the defendants,

**JOSHUA ALLEN MCGUIRE,
KRISTIN ANN KUEHL, and
TIMOTHY LEE LORINCZ,**

did conspire with each other and with other persons to knowingly and intentionally manufacture, distribute, and possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance,

all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

2006 JAN 32 P 4: 25   RECEIVED
U.S. MARSHALS SERVICE
CENTRAL ILLINOIS

Thomas J. Shields
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

S/Thomas J. Shields
Signature of Issuing Officer

Rock Island, Illinois
Date and Location
01-27-2006

Bail fixed at $ Pre-Trial Detention   by   Thomas J. Shields, U.S. Magistrate Judge
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at   Rock Island

| Date Received 2/1/06 | Name of Arresting Officer  Russ Coulter | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 3/10/06 | Title of Arresting Officer  DEA S/A | S/Larry Hollis |